IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | | |
|---|---|---|
| DELGADO CORO, Jose Francisco, | : | Docket No.: _____ |
| SISA SISA, Maria Luzmila, | : | A216-986-483 |
| DELGADO SISA, Ingrid Lisbeth, & | : | A216-986-484 |
| DELGADO SISA, Andreus Yoel | : | A216-986-485 |
| | : | A216-986-486 |
| Petitioners, | : | |
| v. | : | |
| MERRICK B. GARLAND, | : | NOT DETAINED |
| United States Attorney General, | : | |
| Respondent | : | |

## PETITION FOR REVIEW

Petitioners, Jose Francisco Delgado Coro, Maria Luzmila Sisa Sisa, Ingrid Lisbeth Delgado Sisa and Andreus Yoel Delgado Sisa, by and through undersigned counsel, Reuben S. Kerben, Esquire, hereby petition this Second Circuit Court of Appeals to review the decision of the Board of Immigration Appeals (BIA) affirming the denial of their Application for Asylum and Withholding of Removal, issued in their case on May 29, 2024. The Board affirmed the immigration judge's decision without opinion. See Exhibit A – *Copy of BIA Decision, May 29, 2024*.

To date, no court has upheld the validity of the order.

1

Jurisdiction is asserted pursuant to 8 U.S.C. § 1252(a)(1).

Venue is asserted pursuant to 8 U.S.C. § 1252(b)(2) because the immigration judge completed proceedings in New York, New York, within the jurisdiction of this judicial circuit.

This petition is timely filed pursuant to 8 U.S.C. § 1252(b)(1), as it is filed within 30 days of the Board's denial of the appeal.

| | |
|---|---|
| 06/21/2024 | s/ Reuben S. Kerben |
| _____ | _____ |
| Date | Reuben S. Kerben, Esquire |
| | Kerben Law Firm, P.C. |
| | 80-02 Kew Gardens Rd., Ste. 307 |
| | Kew Gardens, NY 11415 |
| | Tel: (718) 255-8585 |
| | Fax: (718) 355-9394 |

## **TABLE OF CONTENTS**

**EXHIBITS**

    **A.** Copy of BIA Decision, May 29, 2024 ....................................................1

**CERTIFICATE OF SERVICE**

**CASE NAME AND NO:**
**Jose Francisco DELGADO CORO; A216-986-483**
**Maria Luzmila SISA SISA; A216-986-484**
**Ingrid Lisbeth DELGADO SISA; A216-986-485**
**Andreus Yoel DELGADO SISA; A216-986-486**

I HEREBY CERTIFY that on this 21st day of June, 2024, I caused to be served the:

**PETITION FOR REVIEW**

By placing a true copy thereof in a sealed envelope, with postage thereon fully prepaid and causing the same to be mailed by first class mail to the person at the address set forth below.

**ADDRESSES OF PERSONS BEING SERVED**

Merrick B. Garland
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Office of Immigration Litigation
U.S. Department of Justice/Civil Division
P.O Box 878
Ben Franklin Station
Washington, D.C. 20004

Office of the Principal Legal Advisor, NYV
26 Federal Plaza, 11th Floor
New York, NY 10278

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 21, 2024.

s/ Reuben S. Kerben

_____
Reuben S. Kerben, Esquire